## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILNER PIERRE** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| | : | |
| **v.** | : | |
| **POLICE OFFICER MCCOLGAN, et al.,** | : | **No.  19-5835** |

## <u>ORDER</u>

**AND NOW**, this 3rd day of March 2021, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 14), Plaintiff's Response in Opposition (ECF No. 15), Defendants' Reply (ECF No. 16), and oral argument held on January 25, 2021, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED**.

The Clerk of Court is directed to close this matter.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**